UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>DAVID DEVENNY,<br><br>            Defendant. | CASE NO. CR11-5235BHS<br><br>ORDER DENYING MOTION TO SUBSTITUTE COUNSEL |

This matter comes before the Court on Defendant David Devenny's ("Devenny") motion to substitute counsel (Dkt. 36).

On November 19, 2010, the Court appointed Jerome Kuh and Russell V. Leonard to represent Devenny. Dkt. 4. On August 8, 2011, Devenny filed a motion to substitute James L. Vonasch as his attorney of record. Dkt. 36. Mr. Vonasch filed a Notice of Appearance. Dkt. 37.

Local General Rule 2(g) governs the appearance and substitution of attorneys of records and provides in part as follows:

> no attorney shall withdraw an appearance in any cause, civil or criminal, except by leave of court. Leave shall be obtained by filing a motion or a stipulation and proposed order for withdrawal or, if appropriate, by complying with the requirement of CrR 5(d)(2). A motion for withdrawal shall be noted in accordance with CR 7(d)(3) or CrR 12(c)(7) and shall include a certification that the motion was served on the client and opposing counsel. A stipulation and proposed order for withdrawal shall also include a certification that it has been served upon the client.

Local General Rule 2(g)(4)(A). Pursuant to the rule, if Mr. Vonasch is to be Devenny's only attorney of record, then Mr. Kuh and Mr. Leonard must seek leave of court to withdraw via either stipulation or motion.

ORDER - 1

Therefore, it is hereby **ORDERED** that Devenny's motion to substitute counsel (Dkt. 36) is **DENIED**.

DATED this 12th day of August, 2011.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2