Magistrate Judge James P. Donohue

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

OCT 17 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR11-5235BHS |
| Plaintiff, | |
| v. | CONSENT TO RULE 11 PLEA IN A FELONY CASE BY A MAGISTRATE JUDGE |
| DAVID DEVENNY, | |
| Defendant. | |

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to the acceptance of my plea by a United States Magistrate Judge pursuant to Rule 11 of the Federal Rules of Criminal Procedure. I understand that if the United States Magistrate Judge orders the preparation of a presentence investigation report, the assigned United States District Judge will then decide

//
//
//
//
//
//
//
//

whether to accept or reject my plea of guilty and any plea agreement I may have with the United States and will adjudicate guilt and impose sentence.

DATED this 17th day of October, 2011.

_____
DAVID DEVENNY
Defendant

_____
JAMES VONASCH
Attorney for Defendant

APPROVED:

_____
BRUCE F. MIYAKE
Assistant United States Attorney