# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR11-5235BHS |
| Plaintiff, | |
| v. | ORDER ALLOWING TRAVEL |
| DAVID DEVENNY, | |
| Defendant. | |

THIS MATTER having come before the Court upon the unopposed request by defendant for permission to travel, the Court having been fully advised, it is hereby

**ORDERED** that David Devenny is given permission to travel to the Philippines for no more than thirty days. David Devenny will submit all travel information for his trip with enough time to prepare the appropriate customs declarations and the appropriate written documentation.

DATED this 25 day of October, 2013.

Judge Benjamin H. Settle

Presented by:

s/ James L. Vonasch
James L. Vonasch
WSBA #2353
Counsel for Defendant Devenny

ORDER ALLOWING
TRAVEL (CR11-5235 BHS)

JAMES L. VONASCH
*Attorney at Law*
200 Maynard Building
119 First Avenue
Seattle, Washington 98104
(206) 682-1016